Exhibit A – Chronological Summary Table of Events

| Date | Fact | Remark |
|---|---|---|
| 5/27/2026 | Filed case 2:26-cv-179 on VT district court | |
| 5/28/2026 | Mailed AO440 summons to USCIS | |
| 6/4/2026 | USPS returned USCIS director AO440 undelivered | Mailed with wrong ZIP code |
| 6/8/2026 | USPS returned USCIS chief counsel AO440 undelivered | Mailed with wrong ZIP code |
| 6/8/2026 | Mailed AO440 for USCIS director and USCIS chief counsel | Tracking 70220410000127410243 70151660000116717667 |
| 6/11/2026 | AO440 delivered to USCIS director and USCIS chief counsel | |
| 6/12/2026 | USCIS sent an e-mail saying they reviewed I-290B motion to reopen/reconsider | Exhibit B |
| 6/15/2026 | USCIS send e-mail saying "we reviewed your appeal for Form I829, ..., and decided to reopen or reconsider our denial of your case. | Exhibit C |
| 6/24/2026 | Plaintiff filed a certificate of service in Vermont District Court case 2:26-cv-179 | |
| 6/24/2026 | Plaintiff was contacted by his former attorney, who helped answer the NOID in 2017, and obtained a copy of the form I-797C Notice of Action from USCIS issued on 6/15/2026. | Exhibit D |
| 6/26/2026 | Plaintiff received by USPS, USCIS form I-797C Notice of Action, scheduling biometrics to 7/8/2026. The letter was issued on 6/19/2026. | Exhibit E |
| 6/29/2026 | Plaintiff's daughter, Carolina, called USCIS to request that her biometrics appointment be rescheduled because professional commitments prevented her from attending on the scheduled date. | She was instructed to wait for a call back from USCIS to set the new date. |