Case No. 2:26-cv-179 Notice of Supplemental Information - Page 9

Exhibit C - 6-15-2026 Case Status Information for Receipt Number WAC1535100062

 Outlook

**Case Status Information for Receipt Number: WAC1535100062**

From USCIS-CaseStatus@uscis.dhs.gov <USCIS-CaseStatus@uscis.dhs.gov>
Date Mon 6/15/2026 8:30 AM
To    FELIPE_ACCIOLY@HOTMAIL.COM <FELIPE_ACCIOLY@HOTMAIL.COM>

*** DO NOT RESPOND TO THIS E-MAIL ***

There has been a recent processing action taken on your case.

Receipt Number: WAC1535100062

Application Type: I829, PETITION BY INVESTOR TO REMOVE CONDITIONS ON PERMANENT RESIDENT STATUS

Your Case Status: Post Decision Activity

On June 15, 2026, we reviewed your appeal for Form I829, PETITION BY INVESTOR TO REMOVE CONDITIONS ON PERMANENT RESIDENT STATUS, Receipt Number WAC1535100062, and decided to reopen or reconsider our denial of your case. It is actively being reviewed. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

For approved applications/petitions, post-decision activity may include USCIS sending notification of the approved application/petition to the National Visa Center or the Department of State. For denied applications/petitions, post-decision activity may include the processing of an appeal and/or motions to reopen or reconsider and revocations.

- Log-in to your myUSCIS account to view your case history and understand what you can expect to happen next on your case.
- Current processing times can be found on the USCIS website at under Check Processing Times.

Sincerely,

The U.S. Citizenship and Immigration Services (USCIS)