**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT**

FELIPE ACCIOLY VIEIRA,

*Plaintiff*,

v.

U.S. Department of Homeland Security; U.S. Citizenship and Immigration Services; Markwayne Mullin, Secretary of Homeland Security, in his official capacity; Joseph B. Edlow, Director of U.S. Citizenship and Immigration Services, in his official capacity,

*Defendants*.

Case No. 2:26-cv-179

**STIPULATION OF DISMISSAL**

The above-named parties hereby stipulate to Plaintiff?s dismissal without prejudice of this action pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own fees and costs.

Respectfully submitted,

JONATHAN A. OPHARDT
First Assistant United States Attorney

Digitally signed by MATTHEW GREER
Date: 2026.08.27 11:19:10 -04'00'

Date Signed: 08/27/2026 By: ______________________

MATTHEW J. GREER
Assistant United States Attorney
P.O. Box 570
Burlington, VT 05402-0570
(802) 951-6725
Matthew.Greer@usdoj.gov
*Counsel for Defendant*

Date Signed: 8/27/2026 ______________________

FELIPE ACCIOLY VIEIRA
*Plaintiff, Pro Se*